No. 12–7134. VARGAS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 12–7137. RICHARDSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 12–7138. COVINGTON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 12–7139. RIOS *v.* UNITED STATES (Reported below: 477 Fed. Appx. 209); and ALVARADO *v.* UNITED STATES (691 F. 3d 592). C. A. 5th Cir. Certiorari denied.

No. 12–7141. DALY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–7142. PEGRAM *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 12–7152. WEBB *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–7157. BALTHAZOR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 12–7164. FLORES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 12–7165. SHI CHANG HUANG *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 12–7167. GONZALEZ-MARTINEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 12–7168. GODAT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 12–7171. MURPHY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 12–7178. STEWART *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 12–7194. MASSENGILL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–7195. RAMIREZ CABALLERIO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.